**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on March 1, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>ALLEN DISABATINO,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 11-45728 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood |
| STEVEN P. KARTZMAN,<br>as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DISABATINO,<br><br>Defendant. | Adv. Pro. No. 13-2214 (JKS) |

**ORDER COMPELLING COMPLIANCE WITH A SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE AND FINDING MARIA DISABATINO IN CIVIL CONTEMPT AND AWARDING TRUSTEE ATTORNEY'S FEES AND COSTS**

The relief set forth on the fol

**DATED: March 1, 2018**

ORDERED.

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Compelling Maria DiSabatino to comply with a Subpoena in a Case Under the Bankruptcy Code, and for Sanctions (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Maria DiSabatino shall produce to the Trustee the documents requested on Schedule A to the Subpoena in a Case Under the Bankruptcy Code, within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition with fourteen (14) days from the date of this Order.

2. Maria DiSabatino, having failed to comply with the Subpoena in a Case Under the Bankruptcy Code, is found to be in civil contempt. Sanctions shall be imposed against Maria DiSabatino in an amount equal to the Trustee's attorneys fees and costs incurred in connection with obtaining this Order.

3. Within sixty (60) days from the date hereof, the attorneys for the Trustee shall submit to Maria DiSabatino a statement itemizing the fees and costs incurred in preparing, serving and prosecuting the Motion. Maria DiSabatino shall remit payment to the Trustee for said fees and costs within ninety (90) days from the date hereof. In the event of a dispute as to the amount, either party may file a motion for a determination by the Court.

4. In the event that Maria DiSabatino fails to comply with this Order, and upon the filing of an application by the Trustee on notice to Maria DiSabatino, Maria DiSabatino may be sanctioned $100 per day until she has produced to the Trustee all of the documents requested in Schedule A to the Subpoena and has appeared for a Rule 2004 Deposition.

5. A copy of this Order shall be served on all parties hereto within seven (7) days from the date hereof.