**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on March 1, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>ALLEN DISABATINO,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 11-45728 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood |
| STEVEN P. KARTZMAN,<br>as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DISABATINO,<br><br>Defendant. | Adv. Pro. No. 13-2214 (JKS) |

**ORDER COMPELLING COMPLIANCE WITH A SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE AND FINDING MARIA DISABATINO IN CIVIL CONTEMPT AND AWARDING TRUSTEE ATTORNEY'S FEES AND COSTS**

The relief set forth on the fol

**DATED: March 1, 2018**

**ORDERED.**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on Notice of Motion for the entry of an Order Compelling Maria DiSabatino to comply with a Subpoena in a Case Under the Bankruptcy Code, and for Sanctions (the "Motion"); and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Maria DiSabatino shall produce to the Trustee the documents requested on Schedule A to the Subpoena in a Case Under the Bankruptcy Code, within ten (10) days from the date of this Order, and shall appear for a Rule 2004 deposition with fourteen (14) days from the date of this Order.

2. Maria DiSabatino, having failed to comply with the Subpoena in a Case Under the Bankruptcy Code, is found to be in civil contempt. Sanctions shall be imposed against Maria DiSabatino in an amount equal to the Trustee's attorneys fees and costs incurred in connection with obtaining this Order.

3. Within sixty (60) days from the date hereof, the attorneys for the Trustee shall submit to Maria DiSabatino a statement itemizing the fees and costs incurred in preparing, serving and prosecuting the Motion. Maria DiSabatino shall remit payment to the Trustee for said fees and costs within ninety (90) days from the date hereof. In the event of a dispute as to the amount, either party may file a motion for a determination by the Court.

4. In the event that Maria DiSabatino fails to comply with this Order, and upon the filing of an application by the Trustee on notice to Maria DiSabatino, Maria DiSabatino may be sanctioned $100 per day until she has produced to the Trustee all of the documents requested in Schedule A to the Subpoena and has appeared for a Rule 2004 Deposition.

5. A copy of this Order shall be served on all parties hereto within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:
Allen DiSabatino
Debtor

Case No. 11-45728-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Mar 01, 2018
Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db #+Allen DiSabatino, 9 Dartmouth Court, Livingston, NJ 07039-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
Adam G Brief on behalf of Plaintiff Steven P. Kartzman , kartzlaw@optonline.net;jzapata@msklaw.net;ncorona@msklaw.net;angiea@msklaw.net
B M. Rubinstein on behalf of Creditor Daniel Geberth rubyesq2000@yahoo.com
B M. Rubinstein on behalf of Plaintiff Daniel Geberth rubyesq2000@yahoo.com
David A. Ast on behalf of Defendant Allen DiSabatino david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
David A. Ast on behalf of Debtor Allen DiSabatino david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
Francis P. Maneri on behalf of Creditor PNC Bank, National Association fmaneri@dilworthlaw.com
James M. Bennett on behalf of Creditor State of New Jersey james.bennett@dol.lps.state.nj.us
Jill Manzo on behalf of Creditor WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. bankruptcy@feinsuch.com
Jill Manzo on behalf of Creditor WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. bankruptcy@feinsuch.com
John L. Laskey on behalf of Creditor PNC Bank, National Association jlaskey@stark-stark.com, jgould@stark-stark.com
Joseph R Zapata, Jr. on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
Joseph R Zapata, Jr. on behalf of Attorney Mellinger, Sanders & Kartzman, LLC jzapata@msklaw.net
Karina Velter on behalf of Creditor KeyBank, N.A. Velter.karina@gmail.com
Mark A Wenczel on behalf of Creditor Llewellyn-Edison Savings Bank mwenczel@gpmlegal.com
Michael T. Stewart on behalf of Creditor Steven Kaminis mstewart@peristewart.com, moliver@peristewart.com
Michael T. Stewart on behalf of Creditor Ratchanee Bensen mstewart@peristewart.com, moliver@peristewart.com
Michael T. Stewart on behalf of Plaintiff Ratchanee Bensen mstewart@peristewart.com, moliver@peristewart.com
Michael T. Stewart on behalf of Plaintiff Steven Kaminis mstewart@peristewart.com, moliver@peristewart.com
Nicole Alison Corona on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
Robert L. Schmidt on behalf of Debtor Allen DiSabatino robert@astschmidtlaw.com, info@astschmidtlaw.com;david@astschmidtlaw.com
Ronald Scott Kaniuk on behalf of Debtor Allen DiSabatino ron@kaniuklawoffice.com
Steven K. Eisenberg on behalf of Plaintiff American Express Bank, FSB seisenberg@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Steven P. Kartzman on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

Stuart M. Nachbar on behalf of Defendant Maria Disabatino stuart@snanj.com

TOTAL: 25