UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case no.: 11-45728-JKS |
| Allen DiSabatino | Chapter: 7 |
| | Judge: Sherwood |
| Debtor(s) | |

**CERTIFICATION OF NO OBJECTION**

I William Healy, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☐ Abandonment

☐ Public Sale

☐ Private Sale

☒ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):

The Trustee shall receive the sum of $112,248.88 (50% of the net funds available for distribution from the decedents estate (the Probate Distribution). Upon receipt of the Probate Distribution, the Trustee shall release Maria DiSabatino, Marilena DiGiovine, Alfred DiSabatino and Joseph H. Alessi, Esq., the administrator for the decedents estate, from any and all claims, including the Judgment. The Trustee and the bankruptcy estate shall be similarly released from all claims by Maria DiSabatino, Marilena DiGiovine, and Alfred DiSabatino

JEANNE A. NAUGHTON, Clerk

Date: 4/3/19

By: /s/ William Healy

*rev.2/10/17*