**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| In Re:<br><br>**ALLEN DISABATINO**,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO: CASE NO: 11-45728 JKS<br><br>Chapter 7<br><br>Honorable John K. Sherwood<br><br>**NOTICE OF MOTION TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIMS PURSUANT TO FED. R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM NOS. 1 and 10)**<br><br>Hearing Date: 10/15/2019 @ 10:00 am<br><br>Oral argument waived unless opposition filed. |

TO: Office of the United States Trustee
One Newark Center, Suite 2100
Newark, New Jersey 07102

Strategic Funding Source, Inc.
c/o Jennifer Ballard, Esq.
1501 Broadway, Suite 360
New York, NY 10036

Strategic Funding Source, Inc.
1501 Broadway, Suite 1515
New York, NY 10036

**PLEASE TAKE NOTICE** that on October 8, 2019 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for Trustee, Steven P.

Kartzman, shall apply before the United States Bankruptcy Court, the Honorable Stacey L. Meisel presiding, for the entry of an Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. 502.

**Your claim may be reduced, modified, disallowed or treatment may be fixed. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to disallow, modify or fix treatment of your claim, then on or before October 8, 2019, you or your attorney must file with the Court a written response to the objection, explaining your position, at:

Clerk, United States Bankruptcy Court, District of New Jersey
P.O. Box 1352
Newark, New Jersey 07101

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

Mellinger, Sanders & Kartzman, LLC
Attn.: Judah B. Loewenstein, Esq.
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
*Attorneys for the Trustee*

and

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

You also must attend the hearing at the time and date set forth above, before the Honorable John K. Sherwood, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Trustee.

If no party timely files and serves opposition to the Motion, the Court may decide the Motion on the papers without a hearing pursuant to N.J. LBR 9013-1(f). A Statement as to why No Brief is Necessary and proposed form of Order are also being submitted herewith. Oral argument is hereby waived (unless opposition is filed).

In support of this motion, the Trustee shall rely on the Certification of Steven P. Kartzman filed herewith, and the arguments of counsel, if any.

**MELLINGER, SANDERS & KARTZMAN, LLC**
*Attorneys for the Trustee*

Dated: September 12, 2019 By: */s/ Steven P. Kartzman*
STEVEN P. KARTZMAN, ESQ.

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In this Motion, the Trustee seeks an Order disallowing, modifying and fixing the treatment of claims pursuant to 11 U.S.C. 502 and Fed. R. Bankr. P. 3007. The sole issue before the Court is whether there are grounds for such relief. The law is well settled, and therefore no brief is required.

Respectfully submitted,

**MELLINGER, SANDERS & KARTZMAN, LLC**
*Attorneys for the Trustee*

Dated: September 12, 2019 By: */s/ Steven P. Kartzman*
STEVEN P. KARTZMAN, ESQ.