**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| **In Re:**<br><br>**ALLEN DISABATINO**,<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO: 11-45728 JKS<br><br>Chapter 7<br><br>**CERTIFICATION OF STEVEN P. KARTZMAN, ESQ. IN SUPPORT OF TRUSTEE'S MOTION TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIMS PURSUANT TO FED. R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM NOS. 1 AND 10)**<br><br>Hearing Date: 10/15/2019 @ 10:00 am |

**STEVEN P. KARTZMAN,** of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member of the firm of Mellinger, Sanders & Kartzman, LLC, attorneys for the Trustee, and I am the Chapter 7 Trustee in the captioned proceeding. As such, I have full knowledge of the facts and circumstances hereof. I make this Certification in support of the Trustee's Motion for an Order to disallow, modify and fix treatment of claims, pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. §502.

2. Specifically, the Trustee seeks to reclassify Claim No. 1 on the Claims Register filed on February 3, 2012 on behalf of Strategic Funding Source, Inc. ("STRATEGIC"), as a secured claim in the amount of $77,723.56. Further, Trustee seeks to disallow Claim No. 10 on the Claims Register filed on February 27, 2012 on behalf of STRATEGIC, as same appears to be duplicative of Claim No. 1.

3. Claim No. 1 states on its face that the basis for STRATEGIC's claim is Breach of Contract, with the basis for perfection being a filed UCC-1, and relates to a loan to Five Star Limousine, LLC.

4. Funds in the estate consist solely of a recovery related to fraudulent transfer litigation, and thus are not subject to the UCC-1.

5. Based upon the above, Trustee seeks an Order reclassifying Claim No. 1 from a secured claim to a general unsecured claim, and reducing the allowed amount to $0, without prejudice to STRATEGIC's right to file an amended general unsecured claim within 30 days of entry of an Order, to the extent its secured interest in the Collateral is insufficient to satisfy its claim. Further, Trustee seeks to disallow Claim No. 10 in its entirety as same is duplicative of Claim No. 1.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Steven P. Kartzman
STEVEN P. KARTZMAN, TRUSTEE

Dated: September 12, 2019