**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| In re:<br><br>**ALLEN DISABATINO,**<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 11-45728 JKS<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM NOS. 1 AND 10)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 1 filed by Strategic Funding Source, Inc. ("Strategic") is hereby reclassified from a secured claim to a general unsecured claim in the amount of $0, without prejudice to Strategic's right to file an amended general unsecured claim within 30 days of entry of this Order, to the extent its secured interest in the Collateral is insufficient to satisfy its claim; and

2. Claim 10 filed by Strategic is disallowed in its entirety as same is duplicative of Claim No. 1.