**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

| | |
|---|---|
| **In Re:**<br><br>**ALLEN DISADATINO**,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO: 11-45728 JKS<br><br>Chapter 7<br><br>**CERTIFICATION OF STEVEN P. KARTZMAN, ESQ. IN SUPPORT OF TRUSTEE'S MOTION TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIMS PURSUANT TO FED. R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM NO. 2)**<br><br>Hearing Date: 10/08/2019 @ 10:00 am |

**STEVEN P. KARTZMAN,** of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, a member of the firm of Mellinger, Sanders & Kartzman, LLC, attorneys for the Trustee, and I am the Chapter 7 Trustee in the captioned proceeding. As such, I have full knowledge of the facts and circumstances hereof. I make this Certification in support of the Trustee's Motion for an Order to disallow, modify and fix treatment of claims, pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. §502.

2. Specifically, the Trustee seeks to reclassify Claim No. 2 on the Claims Register which was filed March 16, 2012 on behalf of Daniel Geberth ("Geberth"), as a partially secured and partially unsecured claim in the amounts of $55,000 and $160,773, respectively.

3. Claim No. 2 states on its face that the basis for Geberth's claim is a purchase money security agreement, with the collateral for the secured portion being a motor vehicle with

an alleged value of $45,000 (“Collateral”)

4. The Trustee did not administer the Collateral subject to Geberth’s claim.

5. Based upon the above, Trustee seeks an Order reclassifying Claim No. 2 from a partially secured/unsecured claim to a general unsecured claim, and reducing the allowed amount to $0, without prejudice to Geberth’s right to file an amended general unsecured claim within 30 days of entry of an Order, to the extent his secured interest in the Collateral is insufficient to satisfy his claim.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Steven P. Kartzman
STEVEN P. KARTZMAN, TRUSTEE

Dated: September 12, 2019