| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER SANDERS & KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By: Steven P. Kartzman, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.: 11-45728 JKS<br><br>Chapter: 7 |
| **In re:**<br><br>**ALLEN DISABATION,**<br><br>**Debtor(s).** | Adv. No.: N/A<br><br>Hearing Date: 10/15/2019<br><br>Judge: John K. Sherwood |

CERTIFICATION OF SERVICE

1. I, ***Denise Weiss***:

☐ represent ________________________________ in this matter.

*[x]* am the secretary/paralegal for ***Mellinger, Sanders & Kartzman, LLC***, who represents ***Steven P. Kartzman*** in this matter.

☐ am the ________________________ in this case and am representing myself.

2. On ***September 12, 2019***, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- ***Notice of Motion to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim No. 2);***
- ***Certification of Steven P. Kartzman, Esq., in Support of Motion to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim No. 2); and***
- ***Order to Disallow Modify and Fix Treatment of Claim Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim No. 2)***

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ***September 12, 2019*** ***/s/ Denise Weiss***

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>✔ Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Geberth<br>c/o Michael A. Ziegler, Esq.<br>3110 Alt US 19 N<br>Palm Harbor, FL 34683 | Claimant | ☐ Hand-delivered<br>✔ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |